SUSANNE G. QUACKENBUSH, as Administratrix of the Estate of JOHN F. QUACKENBUSH, Deceased, Respondent, *v.* LYTH TILE COMPANY, Appellant.

*Quackenbush* v. *Lyth Tile Co.,* 147 App. Div. 919, affirmed.
(Argued April 29, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Eugene M. Bartlett* for appellant.

*Merwin W. Lay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BART-
LETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.